UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN DAN TRAN (A-221-390-267), | No. 1:26-cv-00629 DJC SCR |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE GOLDEN STATE ANNEX, | |
| Respondent. | |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 15, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Petitioner filed an objection to the findings and recommendations and asks the Court to (1) not close this case unless petitioner is released on bond by the immigration judge; and (2) retain jurisdiction to review any bond denial for constitutional claims, legal error and compliance with this Court's order. ECF No. 15 at 2-3. Respondent did not file objections within the time provided.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

1

304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 1) are ADOPTED IN FULL.

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is GRANTED.

3. Respondent shall provide Petitioner with a constitutionally compliant bond hearing before an immigration judge at which the government shall bear the burden of justifying Petitioner's continued detention by clear and convincing evidence, within fourteen (14) days of issuance of this order.

4. Respondent is further directed to file a notice certifying compliance with the above provision within seven (7) days from the date of the bond hearing.

5. If petitioner is granted release on bond, respondent shall return all of petitioner's documents and possessions at the time of release.

6. The Clerk of the Court shall enter judgement in petitioner's favor and case the close.  The Court retains jurisdiction to enforce this Order.

IT IS SO ORDERED.

Dated:   **March 16, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE