ERIC GRANT
United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAN VAN DAN, | CASE NO.  1:26-CV-00629-DJC-CSK |
| Petitioner, | **JOINT STIPULATION REGARDING VOLUNTARY DISMISSAL; FINDINGS AND ORDER** |
| v. | |
| WARDEN OF GOLDEN STATE ANNEX, | |
| Respondent. | |

## <u>JOINT STIPULATION</u>

Petitioner Tran Van Dan, by and through his counsel of record, and Respondents, by and through Respondents' counsel of record, hereby stipulate as follows:

1.    On February 27, 2026, Petitioner appeared before Immigration Judge William David Neumeister at the Executive Office for Immigration Review Adelanto Immigration Court for a hearing regarding Petitioner's application for relief against removal proceedings brought by the Department of Homeland Security. Petitioner was represented by counsel.

2.    During this hearing, Petitioner voluntarily withdrew with prejudice all applications for relief against removal. Petitioner then requested pre-conclusion voluntary departure pursuant to INA § 240B(a). Immigration Judge Neumeister granted Petitioner's request for voluntary departure and ordered that he voluntarily depart the United States for Vietnam by May 29, 2026. Petitioner also waived his right to appeal the Immigration Judge's decision granting his voluntary departure application.

JOINT STIPULATION

1

3.    At his own expense, Petitioner purchased flight tickets for a March 10, 2026, United Airlines flight from Fresno, California, to Ho Chi Minh City, Vietnam.

4.    On March 10, 2026, ICE ERO escorted Petitioner to the boarding gate for Petitioner's March 10, 2026, and verified that Petitioner successfully boarded the flight. The parties now confirm that Petitioner is outside of ICE ERO custody and outside of the United States.

5.    Following the Petitioner's voluntary withdrawal of all applications for relief against removal, the grant of his application for voluntary departure, and Petitioner's successful departure from the United States, the parties therefore agree and stipulate that Petitioner's Petition for Habeas Corpus relief is now moot and request that the Court dismiss Petitioner's Petition for Habeas Corpus relief as moot.

Dated:  March 27, 2026

ERIC GRANT
United States Attorney

By:  /s/ CALVIN LEE
     CALVIN LEE
     Assistant United States Attorney

Dated:  March 27, 2026

By:  /s/ CARRIE LEROY
     CARRIE LEROY

     Counsel for Tran Van Dan

**ORDER**

Dated:  March 27, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION

2